# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2872
_____

United States of America

*Plaintiff - Appellee*

v.

Eric Phillip Romero

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: April 4, 2013
Filed: April 8, 2013
[Unpublished]

_____

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Eric Romero appeals the sentence the district court[1] imposed after he pled guilty to a drug charge. His counsel has moved to withdraw and filed a brief under *Anders*

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

*v. California*, 386 U.S. 738 (1967), arguing that the district court abused its discretion by imposing a prison term that is greater than necessary and unreasonable.

Upon careful review, this court concludes that the district court did not abuse its discretion in sentencing Romero. *See United States v. Montgomery*, 525 F.3d 627, 629 (8th Cir. 2008) (reviewing sentence under deferential abuse-of-discretion standard). This court independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and found no nonfrivolous issues.

Counsel's motion to withdraw is granted, and the judgment of the district court is affirmed.

_____